UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA C DURAN,

        Plaintiff,

    v.

CAROLYN W. COLVIN, Commissioner
of Social Security,

        Defendant.

No.  2:15-cv-1607 CKD (TEMP)

ORDER

The Scheduling Order filed in this case on November 12, 2015, (Dkt. No. 5), required plaintiff to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record.  Defendant served a copy of the record upon plaintiff on March 22, 2016, and plaintiff's motion is overdue.  (Dkt. No. 13.)

Accordingly, IT IS ORDERED that plaintiff shall show good cause in writing, within fourteen days after this order is filed, for failing to file a timely motion.[1]

Dated:  July 29, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD\duran1607.osc.docx

---

[1]  Plaintiff is cautioned that the failure to respond to this order may result in the recommendation that this action be dismissed for failure to prosecute.

1