UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA C DURAN, | No. 2:15-cv-1607 DB |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

On July 29, 2016, the court issued to plaintiff an order to show cause for failing to file a timely motion for summary judgment. (Dkt. No. 14.) On August 15, 2016, plaintiff filed a response, (Dkt. No. 16), and a request for an extension of time. (Dkt. No. 17.) Having shown good cause, the order to show cause is discharged and plaintiff's request for a 60-day extension of time is granted.

IT IS SO ORDERED.

Dated: August 18, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1